

04 cr 22 (RmB)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/08

### MEMORANDUM

MEMO ENDORSED

| | |
|---|---|
| **TO:** | Honorable Richard M. Berman<br>U.S. District Judge |
| **FROM:** | Teresita Contreras (TC)<br>U.S. Probation Officer |
| **RE:** | Virginia Rentas<br>Status Hearing on September 25, 2008 at 10:30 AM |
| **DATE:** | September 19, 2008 |

### REQUEST FOR ADJOURNMENT

The undersigned officer is hereby requesting that the above-indicated status hearing be adjourned to a later date, due to the Probation's Office 2008 Off-Site Training Event which will take place at Hawley, PA from Wednesday September 24, 2008 through Friday September 26, 2008. The undersigned officer would like to attend this event and is hereby requesting that this hearing be adjourned to a later date, anytime on or after Monday September 29, 2008.

The Court's consideration in this matter is greatly appreciated.

### Judicial Response

The Court Orders:

[ ] Request for adjournment denied.

[✓] Request for adjournment approved. The status hearing has been adjourned as follows:

Date: **October 7, 2008**   Time: **10:30 am**   Place: **Courtroom 21 D**

*Probation to advise all parties.

_Richard M. Berman_
Honorable Richard M. Berman

Date: **9-22-08**



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

P#31645

**TO:**    Honorable Richard M. Berman
           U.S. District Court Judge

**FROM:**  Pamella Harris
           Supervising U.S. Probation Officer

                                   RE:  Virginia Rentas
                                   Docket No.:  04-CRIM-22

Enclosed is a matter from the U.S. Probation Office requesting a decision from Your Honor. Please direct your response (if applicable) along with any attachments to our office at 233 Broadway so that we may take appropriate action.

                                   Respectfully submitted,

                                   *Jennifer D. Washington*
                                   for Pamella Harris
                                   Supervising U.S. Probation Officer

Prepared by:

Teresita Contreras
U.S. Probation Officer
212-805-5176

DATE: September 19, 2008

NY201
Rev. 5/04

Rentas, Virginia                                                P31645-T. Contreras

## SUPERVISION STATUS REPORT

| | | |
|---|---|---|
| TO: | Honorable Richard M. Berman<br>U.S. District Judge | OFFENSE: Possession With Intent To Distribute Between Five And Fifteen Kilograms Of Cocaine (21 U.S.C. § 841 (a)(1)) |
| | | ORIGINAL SENTENCE: Twelve months and one day at the Community Correction Center in New York within previously component of halfway house to facilitate her medical treatment, to be followed by five years of supervised release. **(Placement at a halfway house was rescinded therefore she completed her term of imprisonment at a BOP Correctional Facility)** A drug condition was also imposed as deemed necessary by the probation department. A $100.00 special assessment to be paid immediately. |
| FROM: | Teresita Contreras<br>U.S. Probation Officer | SPEC. CONDITIONS: The releasee is to attend drug treatment and mental health services as directed by the probation officer. |
| | | AUSA: Nicholas S. Goldin |
| RE: | Virginia Rentas<br>Docket # 04-CRIM-22 | |

DATE OF SENTENCE: September 12, 2002

DATE: September 19, 2008

## SUPERVISION STATUS REPORT

As directed by the Court, on September 22, 2004, Ms. Rentas was released from the Bureau of Prisons, to the custody of Veritas Villa, a residential drug treatment program, located at 931 Columbus Avenue, N.Y., N.Y. 10025.

On February 10, 2006, she completed the residential component of the program and was discharged to independent living. Subsequently, she attended and completed outpatient drug treatment and was discharged on September 22, 2006.

Thereafter, upon Your Honor's directive she began attending psychotherapy at St. Mark's

Rentas, Virginia                          -2-                          P31645-T. Contreras

Institute for Mental Health. To date, she continues attending weekly sessions without incident and her attendance and involvement in her treatment plan has been good.

Ms. Rentas continues to make a positive adjustment to supervision. She reports to the Probation Office as directed, and submits Monthly Supervision Reports and other documentation as required. She has remained gainfully employed at Health First, located at 25 Broadway in Manhattan. She performs clerical related duties, and currently earns $30,100.00 per year.
Ms. Rentas has maintained a stable residence with her children. She is actively involved in all her children's activities and has dealt with the "teenage difficulties" of her elder children through therapeutic intervention.

Additionally, all urine specimens have tested negative for the use of illicit drugs, and she has had no new arrests.

The maximum expiration date on this case is on October 19, 2008. As the Court is aware, there is a violation request pending before the Court. We defer to the Court for further direction.

                                                          Respectfully submitted,

                                            by:
                                                          Teresita Contreras
                                                          U.S. Probation Officer



Approved By:

for  *Jennifer V. Washington*  9/19/08
     Pamella Harris/     /Date
     Supervising U.S. Probation Officer



04 cr 22 (RMB)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/08

### MEMORANDUM

MEMO ENDORSED

| | |
|---|---|
| **TO:** | Honorable Richard M. Berman<br>U.S. District Judge |
| **FROM:** | Teresita Contreras<br>U.S. Probation Officer |
| **RE:** | Virginia Rentas<br>Status Hearing on September 25, 2008 at 10:30 AM |
| **DATE:** | September 19, 2008 |

### REQUEST FOR ADJOURNMENT

The undersigned officer is hereby requesting that the above-indicated status hearing be adjourned to a later date, due to the Probation's Office 2008 Off-Site Training Event which will take place at Hawley, PA from Wednesday September 24, 2008 through Friday September 26, 2008. The undersigned officer would like to attend this event and is hereby requesting that this hearing be adjourned to a later date, anytime on or after Monday September 29, 2008.

The Court's consideration in this matter is greatly appreciated.

### Judicial Response

The Court Orders:

[ ] Request for adjournment denied.

[✓] Request for adjournment approved. The status hearing has been adjourned as follows:

Date: **October 7, 2008**   Time: **10:30 am**   Place: **Courtroom 21D**

*Probation to advise all parties.*

_Richard M. Berman_
Honorable Richard M. Berman

Date: **9-22-08**